■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARRETUS RHODIE, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered November 27, 1973, convicting him of robbery in the first and second degrees and grand larceny in the third degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law and as a matter of discretion in the interest of justice, and new trial ordered for the same reasons as are set forth in *People v McGill* (47 AD2d 961). (See *People v Malloy,* 22 NY2d 559, 567.) We note, however, that the

prosecutorial error in referring to defendant McGill's prior youthful offender adjudication was probably harmless as regards the present appellant. Latham, Acting P. J., Margett, Rabin, Titone and Hawkins, JJ., concur.